IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RITA HAYWARD, TRAMMEL KUKOYI, and TERRENCE SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>SAVASENIORCARE, LLC, SAVASENIORCARE CONSULTING, LLC, SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, and SSC SUBMASTER HOLDINGS, LLC,<br><br>Defendants. | CIVIL ACTION NUMBERS:<br>3:11-cv-0821<br>3:15-cv-0404<br>3:15-cv-1102<br><br>CHIEF JUDGE SHARP<br>MAGISTRATE JUDGE BRYANT |

## ORDER GRANTING UNITED STATES' MOTION TO LIFT SEAL

Upon consideration of the United States' Motion to Lift Seal, and good cause having been shown:

**IT IS HEREBY ORDERED** that the United States' consolidated complaint in intervention in the above-captioned consolidated actions be unsealed and served upon the defendants by the United States;

**IT IS FURTHER ORDERED** that the relators' complaints and first amended complaints in the above-captioned consolidated actions be unsealed and served upon the defendants by the relators;

**IT IS FURTHER ORDERED** that all other contents of the Court's files in the above-captioned consolidated actions remain under seal and not be made public or served upon the defendants, except for:

- This Order;

- The United States' Motion to Lift Seal;

- The Court's July 23, 2015 Order in the consolidated *Hayward* and *Scott* actions (Civil Action No. 3:11-0821, Doc. No. 53);

- The Court's October 21, 2015 Order in the *Kukoyi* action (Civil Action No. 3:15-1102, Doc. No. 63);

- The Government's Notices of Election to Intervene in Part and to Decline to Intervene in Part in the consolidated *Hayward* and *Scott* actions (Civil Action No. 3:11-0821, Doc. No. 52), which the United States will serve upon defendants only after service of the United States' complaint; and

- The Government's Notices of Election to Intervene in Part and to Decline to Intervene in Part in the *Kukoyi* action (Civil Action No. 3:15-1102, Doc. No. 61), which the United States will serve upon defendants only after service of the United States' complaint.

**IT IS FURTHER ORDERED** that the seal be lifted as to all other matters occurring in the above-captioned consolidated actions after the date of this Order.

*[signature: Kevin H. Sharp]*
**KEVIN H. SHARP**
Chief United States District Judge