# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RITA HAYWARD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SAVASENIORCARE, LLC, SAVASENIORCARE CONSULTING, LLC, SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, and SSC SUBMASTER HOLDINGS, LLC,<br><br>Defendants. | CIVIL ACTION NUMBERS:<br>3:11-cv-0821<br>3:15-cv-0404<br>3:15-cv-1102<br><br>CHIEF JUDGE SHARP<br>MAGISTRATE JUDGE BRYANT |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

Defendants SavaSeniorCare, LLC, SavaSeniorCare Consulting, LLC, SavaSeniorCare Administrative Services, LLC, and SSC Submaster Holdings, LLC (collectively, "Defendants") have filed a Consent Motion for Extension of Time ("Consent Motion") to answer, move, or otherwise respond to Plaintiff's Consolidated Complaint in Intervention (the "Complaint"). Pursuant to Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, an answer, motion, or response would otherwise be due on or before December 29, 2015. The Court finds that the Plaintiff United States of America has consented to an extension of the deadline and that such an extension would be reasonable. The Court therefore GRANTS the Consent Motion. Accordingly, it is hereby ORDERED AND ADJUDGED that the time within which the Defendants may answer, move, or otherwise respond to Plaintiff's Complaint against Defendants is extended to and through January 28, 2016.

SO ORDERED THIS 7th DAY OF DECEMBER 2015.

*[signature: John Bryant]*
The Honorable John S. Bryant
United States Magistrate Judge