**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RITA HAYWARD, TRAMMEL KUKOYI, and TERRENCE SCOTT, | |
| Plaintiffs, | CIVIL ACTION NUMBERS: 3:11-cv-0821 |
| v. | 3:15-cv-0404 3:15-cv-1102 |
| SAVASENIORCARE, LLC, SAVASENIORCARE CONSULTING, LLC, SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, and SSC SUBMASTER HOLDINGS, LLC, | CHIEF JUDGE SHARP MAGISTRATE JUDGE BRYANT |
| Defendants. | |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

Defendant SavaSeniorCare Administrative Services, LLC ("SSCA") has filed a Consent

Motion for Extension of Time ("Consent Motion") to answer, move, or otherwise respond to Re-

lator Terrence Scott's First Amended Complaint (the "Complaint"). Pursuant to Rule

12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, an answer, motion, or response would

otherwise be due on or before February 20, 2016. The Court finds that Relator Scott has consented

to an extension of the deadline and that such an extension would be reasonable. The Court therefore

GRANTS the Consent Motion. Accordingly, it is hereby ORDERED AND ADJUDGED that the

time within which SSCA may answer, move, or otherwise respond to Relator Scott's Complaint

against SSCA is extended to and through March 21, 2016.

SO ORDERED THIS 29th DAY OF December 2015.

_____
John Bryant
The Honorable John S. Bryant
United States Magistrate Judge

1