UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RITA HAYWARD, TRAMMEL KUKOYI, and TERRENCE SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>SAVASENIORCARE, LLC, SAVASENIORCARE CONSULTING, LLC, SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, and SSC SUBMASTER HOLDINGS, LLC,<br><br>Defendants. | CIVIL ACTION NUMBERS:<br>3:11-cv-0821<br>3:15-cv-0404<br>3:15-cv-1102<br><br>CHIEF JUDGE SHARP<br>MAGISTRATE JUDGE BRYANT |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

Defendants SavaSeniorCare, LLC, SavaSeniorCare Consulting, LLC, SavaSeniorCare Administrative Services, LLC, and SSC Submaster Holdings, LLC, along with the other defendants listed in Exhibit A thereto (collectively, "Defendants"), filed a Consent Motion for Extension of Time ("Consent Motion") to answer, move, or otherwise respond to Relator Trammel Kukoyi's First Amended Complaint (the "Complaint"). Pursuant to Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, an answer, motion, or response would otherwise be due on or before January, 8, 2016. The Court finds that Relator Kukoyi has consented to an extension of the deadline and that such an extension would be reasonable. The Court therefore GRANTS the Consent Motion. Accordingly, it is hereby ORDERED AND ADJUDGED that the time within which Defendants may answer, move, or otherwise respond to Relator Kukoyi's Complaint is extended to and through January 28, 2016.

1

SO ORDERED THIS 31st DAY OF December 2015.

                         *John Bryant*
                         The Honorable John S. Bryant
                         United States Magistrate Judge