# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA *ex rel.*
RITA HAYWARD, TRAMMEL KUKOYI,
and TERRENCE SCOTT,

    Plaintiffs,

v.

SAVASENIORCARE, LLC,
SAVASENIORCARE CONSULTING, LLC,
SAVASENIORCARE ADMINISTRATIVE
SERVICES, LLC, and SSC SUBMASTER
HOLDINGS, LLC,

    Defendants.

CIVIL ACTION NUMBERS:
3:11-cv-0821
3:15-cv-0404
3:15-cv-1102

CHIEF JUDGE SHARP
MAGISTRATE JUDGE BRYANT

## ORDER GRANTING CONSENT MOTION FOR FURTHER EXTENSION OF TIME

Defendants SavaSeniorCare, LLC, SavaSeniorCare Consulting, LLC, SavaSeniorCare Ad-ministrative Services, LLC, and SSC Submaster Holdings, LLC, along with the other defendants listed in Exhibit A thereto (collectively, "Defendants"), filed a Consent Motion for Extension of Time ("Consent Motion") to answer, move, or otherwise respond to Relator Trammel Kukoyi's First Amended Complaint (the "Complaint"). Pursuant to an Order dated December 31, 2015 [Docket No. 100], an answer, motion, or response would otherwise be due on or before January 28, 2016. The Court finds that Relator Kukoyi has consented to an extension of the deadline and that such an extension would be reasonable. The Court therefore GRANTS the Consent Motion. Accordingly, it is hereby ORDERED AND ADJUDGED that the time within which Defendants may answer, move, or otherwise respond to Relator Kukoyi's Complaint is extended to and through February 11, 2016.

1

SO ORDERED THIS 25th DAY OF January 2016.

John Bryant
The Honorable John S. Bryant
United States Magistrate Judge

2