IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RITA HAYWARD, TRAMMEL KUKOYI, and TERRENCE SCOTT<br><br>Plaintiffs,<br><br>v.<br><br>SAVASENIORCARE, LLC; SAVASENIORCARE CONSULTING, LLC; SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC; and SSC SUBMASTER HOLDINGS, LLC,<br><br>Defendants. | CIVIL ACTION NUMBERS<br><br>3:11-cv-0821<br>3:15-cv-0404<br>3:15-cv-1102<br><br>CHIEF JUDGE SHARP<br>MAGISTRATE JUDGE BRYANT |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 7.02, Defendants herby submit the following corporate disclosure statement.

SavaSeniorCare, LLC, SavaSeniorCare Consulting, LLC, and SavaSeniorCare Administrative Services, LLC are indirect, wholly-owned subsidiaries of Proto Equity Holdings, LLC, a privately held limited liability company. Defendant SSC Submaster Holdings, LLC previously merged into SSC Equity Holdings, LLC, with SSC Equity Holdings, LLC being the surviving entity. That entity is also an indirect, wholly-owned subsidiary of Proto Equity Holdings, LLC.

Respectfully submitted,

/s/ Jay S. Bowen
Jay S. Bowen, TN BPR No. 2649
Will Parsons, TN BPR No. 26519
SHACKELFORD BOWEN MCKINLEY & NORTON
47 Music Square East
Nashville, TN 37203
T: (615) 329-4440
F: (615) 329-4485
jbowen@shackelfordlaw.net
wparsons@shackelfordlaw.net

L. Lin Wood, *admitted pro hac vice*
L. Lin Wood, P.C.
1180 West Peachtree Street, Suite 2400
Atlanta, GA 30309
T: (678) 365-4116
lwood@linwoodlaw.com

Glenn P. Hendrix, *admitted pro hac vice*
W. Jerad Rissler, *admitted pro hac vice*
David L. Hobson, *admitted pro hac vice*
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
T: (404) 873-8500
F: (404) 873-8501
glenn.hendrix@agg.com
jerad.rissler@agg.com
david.hobson@agg.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy hereof has been delivered via the Court's electronic filing system or other appropriate means on this 8th day of April, 2016 to:

**Counsel for Plaintiff United States of America**

| | |
|---|---|
| Alison B. Rousseau | Christopher C. Sabis |
| Andy J. Mao | Office of the United States Attorney |
| Michael D. Granston | 110 Ninth Avenue, S |
| S. Chartey Quarcoo | Suite A961 |
| Seth W. Greene | Nashville, TN 37203-3870 |
| Department of Justice-Civil Division | |
| P O Box 261 | |
| Ben Franklin Station | |
| Washington, DC 20044 | |

John Joseph LoCurto
United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX 78216

**Plaintiff Rita Hayward**

| | |
|---|---|
| Patrick M. Barrett , III | Regina D. Poserina |
| Barrett Law Office PLLC | Begelman, Orlow & Melletz |
| 4205 Hillsboro Pike | 411 E Route 70 |
| Suite 303 | Suite 245 |
| Nashville, TN 37215 | Cherry Hill, NJ 08034 |

William Michael Hamilton
Provost, Umphrey Law Firm, LLP
4205 Hillsboro Pike
Suite 303
Nashville, TN 37215

**Plaintiff the State of Tennessee**

Mary Elizabeth McCullohs
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207

**Consol Plaintiff Terrence Scott**

Caitlyn Silhan
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Daniel Hargrove
Waters & Kraus (TX)
600 Navarro Street
Suite 500
San Antonio, TX 7820

Christopher J. McKinney
The McKinney Law Firm, PC
110 Broadway St.
Suite 420
San Antonio, TX 78205

**Consol Plaintiff Tramell Kukoyi**

Joel M Androphy
Sarah Mary Frazier
Berg Androphy
3704 Travis St
Houston, TX 77002

                                                /s/ Jay S. Bowen