ORDER:

This motion is granted. A case management conference, in court, is scheduled for August 19, 2016, at 9:30 A.M.

John Bryant
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RITA HAYWARD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAVASENIORCARE, LLC, *et al.*, <br><br> Defendants. | CIVIL ACTION NUMBERS: <br> 3:11-cv-0821 <br> 3:15-cv-0404 <br> 3:15-cv-1102 <br><br> CHIEF JUDGE SHARP <br> MAGISTRATE JUDGE BRYANT |

## DEFENDANTS' MOTION FOR STATUS CONFERENCE

The Defendants request an in person status conference before Magistrate Judge Bryant in order to address and resolve certain scheduling and discovery issues which have arisen in this case.

Counsel for both the Government and the Defendants would be available for such a conference on August 19, 22 or 23, 2016.

The Defendants suggest that an in person status conference with the Court would be helpful to both the parties and to the Court in explaining, understanding and resolving the several issues which they wish to address. While the parties have cooperated to resolve a number of preliminary issues, and do not anticipate a need for further frequent appearances, an in person conference before Magistrate Judge Bryant will, hopefully, minimize discovery and scheduling issues in the future. Further, the differences in the parties' positions on the outstanding issues will involve back and forth discussions that are more difficult over the telephone, especially considering the number of participating counsel who are located in Washington, Atlanta, Nashville and elsewhere, representing the Government, the Defendants and the three Relators, and will avoid the logistical differences of managing such a telephonic conference with multiple attorneys on the line. The