IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RITA HAYWARD, TRAMMEL KUKOYI, and TERRENCE SCOTT, <br><br> Plaintiffs, <br><br> v. <br><br> SAVASENIORCARE, LLC, SAVASENIORCARE CONSULTING, LLC, SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, and SSC SUBMASTER HOLDINGS, LLC, <br><br> Defendants. | Case No. 3:11-cv-0821 (lead case) <br> 3:15-cv-0404 <br> 3:15-cv-1102 <br><br> Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

### [PROPOSED] REVISED CASE MANAGEMENT ORDER[1]

**IT IS HEREBY ORDERED** that the case management order [D.E. 269], as amended [D.E. 270, D.E. 285, D.E. 329, D.E. 334], shall be further amended as follows:

The United States shall serve its Rule 26 rebuttal expert witness reports by May 28, 2021.

The Parties shall confirm substantial completion of their respective document productions by August 2, 2021.

All fact discovery, and all discovery depositions of expert witnesses, shall be concluded by October 22, 2021.

Any dispositive motions shall be filed by November 15, 2021. Responses shall be filed 28 days thereafter. Any optional reply shall be filed 14 days after the response. Except with prior leave of the Court, principal and responsive briefs shall be limited to 25 pages, and reply briefs shall be limited to 5 pages.

---

[1] "By April 13, 2021, counsel shall file a joint proposed case management order that addresses all remaining litigation deadlines within that timeframe." [D.E. 459]

The revised target trial date is April 25, 2022. The pretrial conference date and trial filing deadlines shall be set by separate order.

A telephonic status conference is set for May 13, 2021, at 11:00 a.m. The parties shall file a brief joint statement of any matters to be discussed at least one day before the call. The parties shall call (888) 557-8511 and enter access code 7819165# to participate.

**IT IS FURTHER ORDERED** that all other provisions of the case management order [D.E. 269], as amended [D.E. 270, D.E. 285, D.E. 329, D.E. 334], shall remain unchanged.

It is **SO ORDERED.**

_____
**ALISTAIR E. NEWBERN**
United States Magistrate Judge