# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) *ex rel*. RITA HAYWARD, *et al.*, ) ) Plaintiffs, ) ) v. ) ) SAVASENIORCARE LLC, et al., ) ) Defendants. ) | Case Nos. 3:11-cv-00821 3:15-cv-00404 3:15-cv-01102 JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |

## ORDER

The remaining claims in this case are the claims of the participating plaintiff states and retaliation claims by Relator Terrence Scott, which were severed and stayed by the Court. Mr. Scott states that the retaliation claims are set for a final arbitration hearing on November 15, 2022. (Doc. No. 483). With regard to the claims of the participating states, Relator Tramell Kukoyi informed the Court that the terms of the settlement agreements were expected to be approved by the co-plaintiff states by April 15, 2022, and that Sava and the participating states would file a joint stipulation of dismissal once the settlement agreements are fully executed. (Doc. No. 482).

In light of the foregoing, the trial set for June 14, 2022, is **CANCELLED**. If a joint stipulation of dismissal with regard to the claims of the participating plaintiff states has not been filed by June 14, 2022, the parties shall file a status update on that date.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
United States District Judge