IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel*. RITA HAYWARD, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SAVASENIORCARE, LLC, *et al.*, ) <br> ) <br> Defendants. ) | Case Nos. 3:11-cv-00821 <br> 3:15-cv-00404 <br> 3:15-cv-01102 <br> <br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE NEWBERN |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Relator Trammel Kukoyi ("Relator"), and Defendants SavaSeniorCare, LLC, SavaSeniorCare Administrative and Consulting, LLC, and SSC Equity Holdings, LLC (collectively, "Sava"), stipulated and agreed to the dismissal of the remaining state claims in this action pursuant to the terms of the May 9, 2022 Settlement Agreement ("Settlement Agreement") entered into by the co-plaintiff states[1] and Sava. Upon consideration of the Stipulation (Doc. No. 485) and the States' Consent to Dismissal (Doc. No. 487), it is hereby **ORDERED**:

1. As to the remaining state claims, and consistent with and subject to the terms of the Settlement Agreement, the remaining state claims against Sava are **DISMISSED WITH PREJUDICE** as to the Covered Conduct identified in the Settlement Agreement and released in the Settlement Agreement, and any other claims against Sava are **DISMISSED WITHOUT PREJUDICE**;

2. As to Relator, and consistent with and subject to the terms of the Settlement Agreement, all remaining claims against Sava are **DISMISSED WITH PREJUDICE**; and

---

[1] The co-plaintiff states include California, Colorado, Connecticut, Georgia, Illinois, Maryland, Massachusetts, Michigan, North Carolina, Tennessee, Texas, and Wisconsin.

3. Consistent with the terms of the Settlement Agreement, the Court will retain jurisdiction over any disputes that may arise regarding compliance with such terms, and to the extent necessary to enforce the terms and conditions of the Settlement Agreement.

The claims in this case having been resolved, the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
United States District Judge